4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN RAE HANNA | : | CIVIL ACTION NO. |
| v. | : | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security | : | 17-1795 |

FILED
OCT 13 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER

WENDY BEETLESTONE J.

AND NOW, this 13th day of October, 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

2. The matter shall be remanded for a revised RFC assessment and the taking of additional testimony from a vocational expert.

BY THE COURT

/s/ Wendy Beetlestone
WENDY BEETLESTONE J.